**James Robert RICE, Petitioner— Appellant,**

v.

**John J. LAMANNA, Respondent— Appellee.**

**No. 06–7011.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Sept. 1, 2006.

James Robert Rice, Appellant Pro Se.

260

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Robert Rice, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rice v. LaManna,* No. 4:05–cv–03078–PMD (D.S.C. Apr. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*